```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| JULIA A. DUNNAM, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION 11-0445-M |
| : | |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security,: | |
| : | |
| Defendant. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Julia A. Dunnam.

DONE this 20th day of April, 2012.

                                     s/BERT W. MILLING, JR.
                                     UNITED STATES MAGISTRATE JUDGE